OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE**



02 1M
0004279596
MAILED FROM ZIP CODE 78701

$ 00.26⁵
DEC 18 2014
PITNEY BOWES

12/17/2014
LINDECAMP, JED SAMUEL  Tr. Ct. No. 1148409-A     WR-82,507-01

The Court has dismissed your application for writ of habeas corpus without written order; the sentence has been discharged. See *Ex parte Harrington*, 310 S.W.3d 452 (Tex. Crim. App. 2010).

Abel Acosta, Clerk

JED SAMUEL LINDECAMP
315 FRY STREET
#2
DENTON, TX 76201                     ANK

H3B 76201